## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **GP INDUSTRIAL CONTRACTORS, INC,** | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **CASE NO.**  1:20-cv-00031 |
| | § | |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** | § | |
| **Defendants** | § | |

---

### DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON'S NOTICE OF REMOVAL

---

Defendants, Certain Underwriters at Lloyd's of London ("Underwriters") file this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446(a).[1] Defendants remove this action to the United States District Court for the Eastern District of Texas, Beaumont Division, and in support thereof, respectfully assert the following:

## I.
## INTRODUCTION AND PROCEDURAL HISTORY

1.     This lawsuit stems from a dispute related to insurance coverage allegedly owed to the Plaintiff under wind deductible buy back Policy No. B128410106L17-0204 for alleged damaged to property located in Port Arthur, Texas allegedly resulting from Hurricane Harvey. On December 5, 2019, GP Industrial Contractors, Inc. ("Plaintiff") filed its Original Petition in the 172ND Judicial District Court of Jefferson County, Texas (Cause No. E-204969).[2] Plaintiff's

---

[1]     Plaintiff is being given notice of the filing of Underwriters' Notice of Removal. *See* **Exhibit A**.

[2]     *See* **Exhibit B**, Plaintiff's Original Petition.

Petition named Underwriters as defendants in the lawsuit.[3]

2.      Plaintiff's Petition asserts the following causes of action against Underwriters, namely: breach of contract, violations of Texas Deceptive Trade Practices – Consumer Protection Act, §17.41, *et. seq*, violations of the Texas Insurance Code, §541.060 *et. seq.* and §542.055, *et. seq*., and breach of the duty of good faith and fair dealing.[4] Plaintiff's claims are based upon the Defendants' alleged acts and/or omissions related to the investigation and indemnity for the Plaintiff's claim for damages allegedly sustained at the Plaintiff's property located in Port Arthur, Texas.[5]

3.      Plaintiff served Underwriters via its authorized agent, Mendes and Mounts, LLP via certified mail, return receipt requested. Mendes and Mounts, LLP received and signed for receipt of service on December 30, 2019.

4.      Defendants timely filed their Original Answer to Plaintiff's Original Petition on January 20, 2020.[6]

5.      There are no other parties to this lawsuit.

## II.
## TIMING OF REMOVAL

6.      Underwriters were served with Plaintiff's Original Petition and received notice of the suit on December 30, 2019. This Notice of Removal is being filed within thirty (30) days of service and receipt by Defendants of a copy of the initial pleading setting forth the claim for relief upon which action is based, and is therefore, timely pursuant to 28 U.S.C. § 1446(b)(1).

---

[3]     *See id.*
[4]     *Id.*
[5]     *Id.*
[6]     *See* **Exhibit C**, Defendants' Original Answer.

### III.
### VENUE

7.      Under 28 U.S.C. §1441(a) and 1446(a), venue is proper in the United States District

Court for the Eastern District of Texas – Beaumont Division because the court occupies the

district and division in which Plaintiff's lawsuit was filed.

### IV.
### BASES FOR REMOVAL

8.      Removal is proper on the following grounds:

    A.      Complete Diversity Between the Parties

Federal jurisdiction is based upon complete diversity of citizenship in accordance

with 28 U.S.C. §1332. There is complete diversity among the parties at the time of

removal. The only parties to this lawsuit are Plaintiff and Underwriters, which make the

removal to federal court proper pursuant to 28 U.S.C. § 1332(a).

Plaintiff's Petition states that Plaintiff is a Texas limited liability company. Based

on information and belief, its principal place of business is in Port Arthur, Jefferson

County, Texas.

Policy Number B128410106L17-0204 is underwritten by the following

syndicates, which are each corporate entities organized and registered in the United

Kingdom:

- Syndicate No. 510
- Syndicate No. 2987
- Syndicate No. 2003
- Syndicate No. 4472
- Syndicate No. 2015
- Syndicate No. 1886
- Syndicate No. 0727
- Syndicate No. 2121
- Syndicate No. 4020
- Syndicate No. 1980

As corporate entities the syndicates listed above have no individual or other names or members insuring the risk. All syndicates listed above have their principal place of business in the United Kingdom. Therefore, there is complete diversity, as Plaintiff is a citizen of Texas and Defendants are citizens of the United Kingdom.

B.   The Amount in Controversy Exceeds $75,000

The amount in controversy exceeds $75,000, excluding interest and costs. *See* 28 U.S.C. §1332(a). Plaintiff's Petition states that Plaintiff seeks monetary relief of over $200,000.00, but not in excess of $1,000,000.00.[7] Accordingly, all requirements are met for removal under 28 U.S.C. §1332(a) and §1446(b).

9.   Copies of the pleadings and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a) and the Eastern District of Texas Local Rules.[8]

10.   Underwriters will promptly serve a copy of this notice of removal on counsel for Plaintiff and will file a copy with the clerk of the Jefferson County District Court where the suit has been pending.

**V.**
**JURY DEMAND**

11.   Plaintiff demanded a jury trial in the state court suit.[9]

**VI.**
**DOCUMENTS FILED WITH THIS NOTICE**

12.   Pursuant to Local Rule 81, Underwriters will file certified copies of the following documents when received, but attaches the following uncertified documents to this Notice of Removal:

---

[7]     *See* **Exhibit B**, Plaintiff's Original Petition at pg. 13, ¶ 46.
[8]     *See* **Exhibits A, B, C, D, E,  F, and G.**
[9]     *See* **Exhibit B**, Plaintiff's Original Petition at pg. 14, ¶ 51.

**Exhibit A:**    Defendants Underwriters' Notice of Filing of Removal to be filed in state court**;**

**Exhibit B:**    Plaintiff's Original Petition;

**Exhibit C:**    Defendants' Original Answer;

**Exhibit D:**    A List of all Counsel of Record, including addressees, telephone numbers, and parties represented in the state court case;

**Exhibit E:**    An Index of Documents being filed with the Notice of Removal;

Please note the following documents will be filed as a supplement when received from Jefferson County District Clerk:

- Plaintiff's Request for Process;
- Receipt for Fees; and
- Citation to Certain Underwriters at Lloyd's, London;
- Docket Sheet

Please note the Return of Citation has not been filed by Plaintiff as of the date of Removal.

## VII.
## PRAYER

**WHEREFORE**, Defendants Underwriters at Lloyd's of London remove this case from the 172nd Judicial District Court, Jefferson County, Texas to the Eastern District of Texas – Beaumont Division.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Gerard J. Kimmitt*

**Gerard J. Kimmitt, II (Attorney in charge)**
State Bar of Texas No.: 11427500
Federal Identification. No.: 08454
jerry.kimmitt@hfw.com
**Kristie W. Tobin**
State Bar of Texas No.: 24033338
Federal Identification. No.: 37542
kristie.tobin@hfw.com
5151 San Felipe, Suite 400
Houston, Texas  77056
Telephone:  (713) 917-0888
Facsimile:  (713) 953-9470
**ATTORNEYS FOR UNDERWRITERS AT
LLOYD'S OF LONDON**

## CERTIFICATE OF SERVICE

A true and correct copy of Defendants' Notice of Removal was filed electronically with the United States District Court for the Eastern District of Texas – Beaumont Division, with notice served via e-file and facsimile on this the 29th  day of January, 2020:

*/s/ Gerard J. Kimmitt*
Gerard J. Kimmitt, II